An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LISA S. MYERS-GAMBINI,
Appellant,
vs.
LAW OFFICES OF DOUGLAS R.
JOHNSON,
Respondent.

No. 61927

**FILED**

APR 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

On January 2, 2013, this court directed appellant to properly serve her notice of appeal on respondent. On February 27, 2013, respondent filed a motion to dismiss in light of appellant's failure to comply with the January 2 order. To date, appellant has not filed an opposition to respondent's motion to dismiss or otherwise complied with this court's service directive. Accordingly, we grant respondent's motion and

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Ronald J. Israel, District Judge
Lisa S. Myers-Gambini
Law Offices of Douglas R. Johnson
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12504